FANDEN REALTY CORPORATION, Landlord, Appellant, *v.* HERMAN KLAUBER and MORRIS BERMAN, Tenants, Respondents.

Supreme Court, Appellate Term, First Department, April 28, 1933.

*Edison & Traub* [*Solomon Traub* of counsel], for the appellant.

*Leroy Mandle*, for the respondents.

PER CURIAM. While the Municipal Court may adjudicate upon an equitable defense in a summary proceeding (*De Vita* v. *Pianisani*, 127 Misc. 611), it has no jurisdiction, in the absence of reformation by a court of competent jurisdiction, to enforce a counterclaim based upon an alleged agreement not contained in the instrument at the time of its execution or delivery.

Order reversed, with thirty dollars costs, and final order reinstated.

All concur; present, LYDON, LEVY and FRANKENTHALER, JJ.